Martha G. Bronitsky, #127583
Chapter 13 Standing Trustee
Leo G. Spanos, #261837, Staff Attorney
Nima Ghazvini, #254758, Staff Attorney
Po Box 5004
Hayward,CA 94540

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>Maryl Anne Webber<br><br><br>debtor(s) | Chapter 13 Case No. 16-42369-CN 13<br><br>NOTICE OF FILED CLAIMS |

TO DEBTOR(S) AND DEBTOR(S)' ATTORNEY OF RECORD:

Martha G. Bronitsky, Chapter 13 Standing Trustee, has compiled a list of the claims filed, attached hereto, in the above referenced case. The Notice of Filed Claims is being served on the debtor(s) and their attorney of record so they may review the same and, in general, determine whether to:

(1) Object to any claims;

(2) File a claim for any creditor that failed to file a claim; or

(3) Modify the Plan to reconcile the Plan to the filed claims.

Pursuant to Federal Rule of Bankruptcy Procedure 3004, if a creditor has not filed a timely proof of claim you may file a proof of claim on its behalf within 30 days after the expiration of the time for filing claims.

Pursuant to Section 2.01 of the Chapter 13 Plan, payments required by Sections 2.04, 2.05, 2.07, 2.08, 2.10, and 3.01 will not be paid unless a timely proof of claim is filed by or on behalf of a creditor.

Pursuant to Section 2.02 of the Plan, the proof of claim, not the Plan or schedules, determine the amount and classification of a claim unless ordered otherwise.

Pursuant to Section 2.09 of the Plan, any secured claims not provided for by the Plan will not receive disbursement from the Chapter 13 Trustee.

PLEASE NOTE THE FOLLOWING IMPORTANT DATES:

Deadline to File a Proof of Claim:

    Creditors: December 28, 2016

    Government Unit: February 21, 2017

Deadline for debtors to file claims:

    Creditors: January 27, 2017

    Government Unit: March 23, 2017

The above dates are provided for convenience of the parties. The Chapter 13 Trustee makes no warranty as to the information herein. The debtor(s) and their attorney of record should review and calculate all relevant dates.

Date: December 29, 2016                                   /s/ Martha G Bronitsky
                                                                               Martha G Bronitsky
                                                                               Chapter 13 Trustee

## Certificate of Service

I HEREBY CERTIFY that I have served a copy of the within and foregoing document on the debtor (s) and counsel for debtor (s), by depositing it in the United States mail with first class postage attached thereto.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| | |
|---|---|
| Date: December 29, 2016 | /s/ Erica Chavez |
| | Erica Chavez |
| | |
| Maryl Anne Webber | Patrick L Forte Atty |
| 368 Tennent Avenue | 1624 Franklin St #911 |
| Pinole, CA 94564 | Oakland, CA 94612 |
| | |
| (Debtor(s)) | (Counsel for Debtor) |