UNITED STATES BANKRUPTCY COURTS
NORTHERN DISTRICT OF CALIFORNIA

IN RE:  
Maryl Anne Webber

CASE NUMBER:  
16-42369-CN 13

## ATTACHMENT TO NOTICE OF FILED CLAIMS

Trustee ID: 0  
Class: ATTORNEY FEE

Creditor Name: Patrick L Forte Atty  
   1624 Franklin St #911  
   Oakland, CA  94612

Court Claim Number:  
Date Claim Filed: NO CLAIM FILED  
Claim Amount: $3,200.00

Trustee ID: 2  
Class: UNSECURED (GENERAL)

Creditor Name: Amazon  
   Synchrony Bank  
   Po Box 960013  
   Orlando, FL  32896

Court Claim Number:  
Date Claim Filed: NO CLAIM FILED  
Claim Amount: $0.00

Trustee ID: 3  
Class: UNSECURED (GENERAL)

Creditor Name: Bergquist Wood  
   Mcintosh Seto, Llp  
   1470 Maria Lane #300  
   Walnut Creek, CA  94596

Court Claim Number:  
Date Claim Filed: NO CLAIM FILED  
Claim Amount: $0.00

Trustee ID: 4  
Class: UNSECURED (GENERAL)

Creditor Name: Capital One Bank C/O American Infosource  
   Po Box 71083  
   Charlotte, NC  282721083

Court Claim Number: 3  
Date Clam Filed: 09/09/2016  
Claim Amount: $697.91

Trustee ID: 5  
Class: UNSECURED (GENERAL)

Creditor Name: Lvnv Funding C/O Resurgent Cap  
   Po Box 10587  
   Greenville, SC  296030587

Court Claim Number: 14  
Date Clam Filed: 11/11/2016  
Claim Amount: $1,133.92

Trustee ID: 6  
Class: UNSECURED (GENERAL)

Creditor Name: Estate Of Thomas Gozzano  
   C/O Albert Law Corporation  
   66 George Lane, Suite 101  
   Sausalito, CA  949651890

Court Claim Number:  
Date Claim Filed: NO CLAIM FILED  
Claim Amount: $0.00

Trustee ID: 7  
Class: PRIORITY

Court Claim Number:  
Date Claim Filed: NO CLAIM FILED  
Claim Amount: $0.00

**Creditor Name: Franchise Tax Board**
  Po Box 2952
  Sacramento, CA  958122952

| | |
|---|---|
| **Trustee ID: 8** | **Court Claim Number: 8** |
| **Class: UNSECURED (GENERAL)** | **Date Clam Filed: 10/04/2016** |
| | **Claim Amount: $1,500.15** |

**Creditor Name: Quantum3 Group As Agent For Sadino Funding**
  Po Box 788
  Kirkland, WA  980830788

| | |
|---|---|
| **Trustee ID: 9** | **Court Claim Number: 9** |
| **Class: PRIORITY** | **Date Clam Filed: 10/12/2016** |
| | **Claim Amount: $300.00** |

**Creditor Name: United States Treasury**
  Po Box 7346
  Philadelphia, PA  191017346

| | |
|---|---|
| **Trustee ID: 13** | **Court Claim Number: 13** |
| **Class: UNSECURED (GENERAL)** | **Date Clam Filed: 11/11/2016** |
| | **Claim Amount: $390.04** |

**Creditor Name: Midland Credit Mgmt/Midland Funding**
  Po Box 2011
  Warren, MI  48090

| | |
|---|---|
| **Trustee ID: 14** | **Court Claim Number: 12** |
| **Class: UNSECURED (GENERAL)** | **Date Clam Filed: 11/09/2016** |
| | **Claim Amount: $1,363.40** |

**Creditor Name: Merrick Bank C/O Resurgent Capital Svcs**
  Po Box 10368
  Greenville, SC  296030368

| | |
|---|---|
| **Trustee ID: 15** | **Court Claim Number: 7** |
| **Class: UNSECURED (GENERAL)** | **Date Clam Filed: 09/28/2016** |
| | **Claim Amount: $359.37** |

**Creditor Name: Midnight Velvet C/O Creditors Bkry Svc**
  Po Box 800849
  Dallas, TX  75380

| | |
|---|---|
| **Trustee ID: 16** | **Court Claim Number: 6** |
| **Class: UNSECURED (GENERAL)** | **Date Clam Filed: 09/26/2016** |
| | **Claim Amount: $306.75** |

**Creditor Name: Monroe & Main/Creditors Bankruptcy Svc**
  Po Box 800849
  Dallas, TX  75380

| | |
|---|---|
| **Trustee ID: 18** | **Court Claim Number:** |
| **Class: UNSECURED (GENERAL)** | **Date Claim Filed: NO CLAIM FILED** |
| | **Claim Amount: $0.00** |

**Creditor Name: Paypal Credit**
  Po Box 105658
  Atlanta, GA  303485658

# ATTACHMENT TO NOTICE OF FILED CLAIMS

| | |
|---|---|
| **Trustee ID:** 19<br>**Class:** UNSECURED (GENERAL)<br><br>**Creditor Name:** Pinole Endodonics<br>    2150 Appian Way #207<br>    Pinole, CA  94564 | **Court Claim Number:**<br>**Date Claim Filed:** NO CLAIM FILED<br>**Claim Amount:** $0.00 |
| **Trustee ID:** 20<br>**Class:** UNSECURED (GENERAL)<br><br>**Creditor Name:** Quantum3 Group Llc/Jh Portfolio Debt Equities Llc<br>    Po Box 788<br>    Kirkland, WA  980830788 | **Court Claim Number:** 11<br>**Date Clam Filed:** 11/04/2016<br>**Claim Amount:** $352.25 |
| **Trustee ID:** 21<br>**Class:** UNSECURED (GENERAL)<br><br>**Creditor Name:** The Gozzano Irevocable Trust<br>    C/O Albert Law Corporation<br>    66 George Lane, Suite 101<br>    Sausalito, CA  949651890 | **Court Claim Number:**<br>**Date Claim Filed:** NO CLAIM FILED<br>**Claim Amount:** $0.00 |
| **Trustee ID:** 22<br>**Class:** UNSECURED (GENERAL)<br><br>**Creditor Name:** Capital One Bank C/O American Infosource<br>    Po Box 71083<br>    Charlotte, NC  282721083 | **Court Claim Number:** 2<br>**Date Clam Filed:** 09/09/2016<br>**Claim Amount:** $2,371.45 |
| **Trustee ID:** 23<br>**Class:** UNSECURED (GENERAL)<br><br>**Creditor Name:** Capital One Bank C/O American Infosource<br>    Po Box 71083<br>    Charlotte, NC  282721083 | **Court Claim Number:** 4<br>**Date Clam Filed:** 09/09/2016<br>**Claim Amount:** $1,831.76 |
| **Trustee ID:** 24<br>**Class:** UNSECURED (GENERAL)<br><br>**Creditor Name:** Capital One Bank C/O American Infosource<br>    Po Box 71083<br>    Charlotte, NC  282721083 | **Court Claim Number:** 1<br>**Date Clam Filed:** 09/09/2016<br>**Claim Amount:** $3,309.67 |
| **Trustee ID:** 25<br>**Class:** UNSECURED (GENERAL)<br><br>**Creditor Name:** Capital One Bank C/O American Infosource<br>    Po Box 71083<br>    Charlotte, NC  282721083 | **Court Claim Number:** 5<br>**Date Clam Filed:** 09/09/2016<br>**Claim Amount:** $3,003.31 |
| **Trustee ID:** 26<br>**Class:** UNSECURED (GENERAL)| **Court Claim Number:** 9<br>**Date Clam Filed:** 10/12/2016<br>**Claim Amount:** $300.00 |

# ATTACHMENT TO NOTICE OF FILED CLAIMS

**Creditor Name: United States Treasury**
    Po Box 7346
    Philadelphia, PA  191017346

| | |
|---|---|
| **Trustee ID: 27** | **Court Claim Number: 10** |
| **Class: UNSECURED (GENERAL)** | **Date Clam Filed: 11/01/2016** |
| | **Claim Amount: $1,095.27** |

**Creditor Name: Cavalry Spv I Llc**
    Po Box 27288
    Tempe, AZ  85282

| | |
|---|---|
| **Trustee ID: 28** | **Court Claim Number: 15** |
| **Class: UNSECURED (GENERAL)** | **Date Clam Filed: 12/28/2016** |
| | **Claim Amount: $1,340.46** |

**Creditor Name: Comenity Capital/Paypal/Weinstein And Riley**
    Po Box 3978
    Seattle, WA  981243978

| | |
|---|---|
| **Trustee ID: 0** | **Court Claim Number:** |
| **Class: DEBTOR REFUND** | **Date Claim Filed: NO CLAIM FILED** |
| | **Claim Amount: $0.00** |

**Creditor Name: Maryl Anne Webber**
    368 Tennent Avenue
    Pinole, CA  94564